UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN ASTRID BERGERON,<br><br>            Appellant,<br><br>   v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-1,<br><br>            Appellee. | CASE NO. C24-0929JLR<br><br>ORDER |

This matter comes before the court on appeal from the United States Bankruptcy Court for the Western District of Washington.  *Pro se* Appellant Carmen Astrid Bergeron was required to file and serve her opening brief by no later than September 9, 2024.  (*See* Cert. (Dkt. # 9).)  To date, Ms. Bergeron has not filed her opening brief on the docket.  (*See generally* Dkt.)  Therefore, Ms. Bergeron is ORDERED to SHOW CAUSE why this

ORDER - 1

appeal should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (authorizing dismissal for failure to prosecute); *In re Wright*, 659 F. App'x 438, 439 (9th Cir. 2016) (affirming dismissal of bankruptcy appeal under Rule 41(b)). Ms. Bergeron shall file her response to this order by no later than **September 25, 2024**. Alternatively, Ms. Bergeron may discharge this order to show cause by filing and serving her opening brief by no later than **September 25, 2024**. Ms. Bergeron is warned that failure to respond or otherwise comply with this order may result in the dismissal of her appeal with prejudice.

Dated this 11th day of September, 2024.

JAMES L. ROBART
United States District Judge