1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  CARMEN ASTRID BERGERON,            CASE NO. C24-0929JLR

11                  Plaintiff,          ORDER

12         v.

13  DEUTSCHE BANK NATIONAL
    TRUST COMPANY AS
14  INDENTURE TRUSTEE FOR NEW
    CENTURY HOME EQUITY LOAN
15  TRUST 2006-1,

16                  Defendant.

17      This matter comes before the court on *pro se* Plaintiff-Appellant Carmen Astrid

18  Bergeron's motion for entry of default against Defendant-Appellee Deutsche Bank

19  National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust

20  2006-1 ("Deutsche Bank").  (Mot. (Dkt. # 23).)  On September 24, 2024, Ms. Bergeron

21  filed her opening brief.  (Op. Br. (Dkt. # 17).)  The court subsequently set a briefing

22

ORDER - 1

1  schedule ordering Deutsche Bank to respond to Ms. Bergeron's opening brief by October
2  24, 2024, and setting the deadline for Ms. Bergeron to file her reply on November 7,
3  2024.  (10/2/2024 Order (Dkt. # 18).)

4       Counsel for Deutsche Bank appeared in this case on October 4, 2024 and October
5  11, 2024.  (*See* Appearances (Dkt. ## 19, 20).)  On October 11, 2024, Deutsche Bank
6  moved for an extension of time to respond to Ms. Bergeron's brief.  (Ext. Mot. (Dkt.
7  # 21).)  The court granted the motion and ordered Deutsche Bank to file its response by
8  December 23, 2024.  (10/22/24 Min. Order (Dkt. # 22).)  Deutsche Bank has not filed a
9  response.  (*See generally* Dkt.)

10      Accordingly, Deutsche Bank is ORDERED to SHOW CAUSE why its failure to
11 respond to Ms. Bergeron's opening brief should not result in the entry of default against
12 it.  Deutsche Bank shall file its response to this order by no later than **January 7, 2025**.
13 Alternatively, Deutsche Bank may discharge this order to show cause by filing and
14 serving its response on Ms. Bergeron by no later than **January 7, 2025**.  Deutsche Bank
15 is warned that failure to respond or otherwise comply with this order will result in the
16 entry of default against it.  No reply shall be filed unless ordered by the court.  The Clerk
17 is DIRECTED to renote Ms. Bergeron's motion for entry of default for **January 7, 2025**
18 (Dkt. # 23).)

19      Dated this 3rd day of January, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2